**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO ORROSTIETA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>TIM VIRGA, Acting Warden,<br><br>　　　　　Respondent. | NO. CV 10-00478 AHM (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

**IT IS ORDERED** that: (1) Petitioner's Motion for A Stay is DENIED; (2) Ground Three of the Petition is DISMISSED WITH PREJUDICE; and (3) Respondent shall file an answer to the Petition's remaining claims (Grounds One and Two) within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Petitioner and counsel for Respondent.

DATED: January 28, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

2