1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PABLO ORROSTIETA,              ) NO. CV 10-00478 AHM (SS)
                                    )
12                  Petitioner,     ) **ORDER ACCEPTING FINDINGS,**
                                    )
13            v.                    ) **CONCLUSIONS, AND RECOMMENDATIONS**
                                    )
14   TIM VIRGA, Acting Warden,      ) **OF UNITED STATES MAGISTRATE JUDGE**
                                    )
15                  Respondent.     )
     _____)

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein, and the Amended Report and

20   Recommendation of the United States Magistrate Judge.  The time for

21   filing Objections to the Amended Report and Recommendation has passed

22   and no Objections have been received.  Accordingly, the Court accepts

23   the findings, conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1        **IT IS ORDERED** that the Petition is denied and Judgment shall be

2    entered dismissing this action with prejudice.

3

4        **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on

5    Petitioner and counsel for Respondent.

6

7        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9    DATED:   October 4, 2012      _____

10                                 A. HOWARD MATZ
                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28