JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ORROSTIETA, | ) NO. CV 10-00478 AHM (SS) |
|           Petitioner, | ) |
|       v. | ) **JUDGMENT** |
| TIM VIRGA, Acting Warden, | ) |
|           Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 4, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**